1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES OF AMERICA,
10                 Plaintiff,
11        v.                           CR. NO. S-07-165 LKK
12 JESUS FERNANDO VEGA, et al,
13                 Defendants.
                                    /
14 UNITED STATES OF AMERICA,
15                 Plaintiff,
16        v.                           CR. NO. S-07-170 LKK
17 RITO BELTRAN-LEON, et al,
18                                     RELATED CASE ORDER
                   Defendants.
19                                  /
20 UNITED STATES OF AMERICA,
21                 Plaintiff,
22        v.                           CR. NO. S-07-189 MCE
23 JOSE MARIA MEZA PORTILLO,
24                 Defendant.
25                                  /
26      Examination of the above-entitled criminal actions reveals

that the three (3) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  For the reasons set forth in the government's Related Case Memorandum, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rules 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-189 MCE be, and the same hereby is, reassigned to Judge Lawrence K. Karlton for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. S-07-189 LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: June 15, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2