DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-165 (LKK) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, | ) | |
| LUIS MANUEL SANCHEZ-ACEVES | ) | |
| CRISTOBAL L. NAVARRO | ) | |
| Defendants. | | |

This matter came on for Status Conference on July 31, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was present and in custody, Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter.

All parties agreed that defense counsel needs additional time for investigation, review of discovery and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A related case is also involved. All parties agree that the case is complex.

A further status conference date of September 25, 2007, is set.

Order After Hearing

1    Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
2 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and
3 T4 for case complexity and preparation of counsel, from July 31, 2007, up until and including September
4 25, 2007.

5    Good cause appearing therefor,

6    IT IS ORDERED that this matter is continued to September 25, 2007, at 9:30 a.m. for Status
7 Conference.

8    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
9 (ii) and (iv) and Local Codes T2 and T4, the period from July 31, 2007, up to and including September
10 25, 2007, is excluded from the time computations required by the Speedy Trial Act due to case complexity
11 and ongoing preparation of counsel.

13 Dated: August 7, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                    2