1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS FERNANDO VEGA
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,            )
10                                       )    CASE NO. CR-S-07-165 LKK
                   Plaintiff,            )
11                                       )        &    CR. S-07-189 LKK
          v.                             )
12                                       )
                                         )    **ORDER AFTER HEARING**
13 JESUS FERNANDO VEGA,                  )
   LUIS MANUEL SANCHEZ-ACEVES            )
14 CRISTOBAL L. NAVARRO                  )
   JOSE MEZA PORTILLO                    )
15                                       )
                   Defendants.           )
16 _____
   UNITED STATES OF AMERICA,            )
17                                       )
                   Plaintiff,            )
18                                       )
          v.                             )
19                                       )
                                         )
20 JOSE MEZA PORTILLO                    )
                                         )
21                 Defendant.            )
   _____

22
          This matter came on for Status Conference on September 25, 2007, in the courtroom of the

23
   Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Carolyn Delaney

24
   appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on

25
   behalf of Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace

26
   appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney

27

28 Order After Hearing

1    Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the

2    services of the Spanish language interpreter, and Attorney Candace Frye appeared on behalf of Jose Meza

3    Portillo, who was present and in custody.

4        All parties agreed that defense counsel needs additional time for investigation, review of discovery

5    and to prepare a defense of the case.  The discovery comprises some 2400 pages and includes wiretaps.  A

6    related case is also involved.  All parties agree that the case is complex.

7         A further status conference date of December 18, 2007, is set.

8        Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for

9    the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and

10   T4 for case complexity and preparation of counsel, from September 25, 2007, up until and including

11   December 18, 2007.

12       Good cause appearing therefor,

13       IT IS ORDERED that this matter is continued to December 18, 2007, at 9:30 a.m. for Status

14   Conference.

15       IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local

16   Codes T2 and T4, the period from September 25, 2007, up to and including December 18, 2007, is

17   excluded from the time computations required by the Speedy Trial Act due to case complexity and

18   ongoing preparation of counsel.

19   Dated:   October 9, 2007

20

21

22   _____
     LAWRENCE K. KARLTON

23   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

24

25

26

27

28

Order After Hearing                                   2