1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   CRISTOBAL NAVARRO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) No. CR-S 07-165 LKK
12                                  )
            Plaintiff,              )
13                                  ) STIPULATION AND ORDER VACATING
        v.                          ) DATE, CONTINUING CASE, AND
14                                  ) EXCLUDING TIME
   CRISTOBAL NAVARRO, et al.        )
15          Defendant.              )
                                    ) Date    January 29, 2008
16 _____) Time:   9:30 a.m.
                                    ) Judge:  Karlton
17

18
       **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Carolyn Delaney, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Cristobal Navarro; Attorney Danny Brace,
21
   Counsel for Defendant Luis Manuel Sanchez-Aceves; Attorney Lexi Negin,
22
   Counsel for defendant Jesus Fernando Vega; and Attorney Candice Fry,
23
   Counsel for Defendant Jose Maria Meza Portillo, that the status
24
   conference scheduled for December 11, 2007, be vacated and the matter
25
   be continued to this Court's criminal calendar on January 29, 2008, at
26
   9:30 a.m. for further status.
27
       This continuance is requested by the defense in order to permit
28

1  counsel to conduct investigation, review discovery, including
2  recordings that are primarily in Spanish, review prior conviction
3  allegations, and continue in negotiations with the prosecution in
4  attempt to finalize a plea agreement.
5      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
7  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
8  ends of justice served in granting the continuance and allowing the
9  defendant further time to prepare outweigh the best interests of the
10 public and the defendant in a speedy trial.
11     The Court is advised that all counsel have conferred about this
12 request, that they have agreed to the January 29, 2008 date, and that
13 all counsel have authorized Ms. Santos to sign this stipulation on
14 their behalf.

17     **IT IS SO STIPULATED.**

19 Dated: December 7, 2007           /S/ Dina L. Santos
                                     DINA L. SANTOS
20                                   Attorney for
                                     Cristobal Navarro
21
   Dated: December 7, 2007           /S/ Danny Brace
22                                   DANNY BRACE
                                     Attorney for
23                                   Luis Manuel Sanchez-Aceves

24 Dated: December 7, 2007           /S/ Lexi Negin
                                     LEXI NEGIN
25                                   Attorney for
                                     Jesus Fernando Vega
26
   Dated: December 7, 2007           /S/ Candice Frye
27                                   CANDICE FRYE
                                     Attorney for
28                                   Jose Maria Meza Portillo

Stipulation and Order              2

1
Dated: December 7, 2007                /S/ Carolyn Delaney
2                                      CAROLYN DELANEY
                                       Assistant United States Attorney
3                                      Attorney for Plaintiff
4
5
6                                **O R D E R**
7     **IT IS SO ORDERED.**
8              By the Court,
9
10 Dated: December 7, 2007
11
12                                  _____
                                    LAWRENCE K. KARLTON
13                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
14

Stipulation and Order                  3