DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JESUS FERNANDO VEGA,<br>LUIS MANUEL SANCHEZ-ACEVES<br>CRISTOBAL L. NAVARRO<br>JOSE MEZA PORTILLO<br><br>              Defendants. | CASE NO. CR-S-07-165 (LKK)<br><br>**ORDER AFTER HEARING**<br><br>JUDGE: Lawrence K. Karlton |

       This matter came on for Status Conference on January 29, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter, and Attorney Candace Frye appeared on behalf of Jose Meza Portillo, who was present and in custody.

       All parties agreed that defense counsel needs additional time for investigation, review of discovery and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A related case is also involved. All parties agree that the case is complex.

Order After Hearing

1     A further status conference date of March 11, 2008, is set.

2     Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
3 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and and Local Codes T2 and
4 T4 for case complexity and preparation of counsel, from January 29, 2008, up until and including March
5 11, 2008.

6     Good cause appearing therefor,

7     IT IS ORDERED that this matter is continued to March 11, 2008, at 9:30 a.m. for Status
8 Conference.

9     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local
10 Codes T2 and T4, the period from January 29, 2008, up to and including March 11, 2008, is excluded
11 from the time computations required by the Speedy Trial Act due to case complexity and ongoing
12 preparation of counsel.

13 Dated: February 1, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing     2