DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA<br>LUIS MANUEL SANCHEZ-ACEVES<br>CRISTOBAL L. NAVARRO<br>JOSE MEZA PORTILLO<br>DARIUS LOUIS<br>DANIEL ROSALES | |
| Defendants. | |

This matter came on for Status Conference on May 13, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter, Attorney Candace Frye appeared on behalf of Jose Meza Portillo, who was present and in custody, Attorney Krista Hart appeared on behalf of Defendant Darius Louis, who was present and in custody, and Attorney Steve Bauer appeared on behalf of Daniel Rosales

Order After Hearing

1 who was present in custody.

2 All parties agreed that defense counsel needs additional time for investigation, review of discovery
3 and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A
4 related case is also involved. All parties agree that the case is complex.

5 Mr. Cristobal Navarro requested that a trial date be set. A trial date of October 21, 2008 is set and
6 a Trial Confirmation Hearing is set for October 10, 2008.

7 A further status conference date of June 17, 2008, is set.

8 Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
9 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and
10 T4 for case complexity and preparation of counsel, from May 13, 2008, up until and including June 17,
11 2008.

12 Good cause appearing therefor,

13 IT IS ORDERED that this matter is continued to June 17, 2008, at 9:30 a.m. for Status
14 Conference.

15 IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local
16 Codes T2 and T4, the period from May 13, 2008, up to and including June 17, 2008, is excluded from the
17 time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
18 counsel.

19 Dated: May 23, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                                    2