DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA | |
| LUIS MANUEL SANCHEZ-ACEVES | |
| CRISTOBAL L. NAVARRO | |
| JOSE MEZA PORTILLO | |
| DARIUS LOUIS | |
| DANIEL ROSALES | |
| Defendants. | |

This matter came on for Status Conference on June 17, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorneys Carolyn Delaney and Samuel Wong appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter, Attorney Candace Frye appeared on behalf of Jose Meza Portillo, who was present and in custody, Attorney Stratton Barbee appeared on behalf of Defendant Darius Louis, who was present and in custody, and Dina Santos stood in for Attorney Steve

Order After Hearing

1  Bauer on behalf of Daniel Rosales who was present in custody.

2  All parties agreed that defense counsel needs additional time for investigation, review of discovery
3  and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A
4  related case is also involved. All parties agree that the case is complex.

5  A further status conference date of July 8, 2008, is set.

6  Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
7  the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and
8  T4 for case complexity and preparation of counsel, from June 17, 2008, up until and including July 8,
9  2008.

10  Good cause appearing therefor,

11  IT IS ORDERED that this matter is continued to July 8, 2008, at 9:30 a.m. for Status Conference.

12  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local
13  Codes T2 and T4, the period from June 17, 2008, up to and including July 8, 2008, is excluded from the
14  time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of
15  counsel.

16  Dated: June 19, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                2