DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, | ) | |
| v. | ) | **ORDER AFTER HEARING** |
| | ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA<br>LUIS MANUEL SANCHEZ-ACEVES<br>CRISTOBAL L. NAVARRO<br>JOSE MEZA PORTILLO<br>DARIUS LOUIS<br>DANIEL ROSALES | ) | |
| Defendants. | ) | |

This matter came on for Status Conference on June 17, 2008, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorneys Carolyn Delaney and Samuel Wong appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter, Attorney Candace Frye appeared on behalf of Jose Meza Portillo, who was present and in custody, Attorney Stratton Barbee appeared on behalf of Defendant Darius Louis, who was present and in custody, and Attorney Steve Bauer appeared on behalf of

Order After Hearing

1  Daniel Rosales who was present in custody.

2  All parties agreed that defense counsel needs additional time for investigation, review of discovery
3  and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A
4  related case is also involved. All parties agree that the case is complex.

5  A further status conference date of September 9, 2008, is set.

6  Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
7  the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and
8  T4 for case complexity and preparation of counsel, from July 8, 2008, up until and including September 9,
9  2008.

10  Good cause appearing therefor,

11  IT IS ORDERED that this matter is continued to September 9, 2008, at 9:30 a.m. for Status
12  Conference.

13  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local
14  Codes T2 and T4, the period from July 8, 2008, up to and including September 9, 2008, is excluded from
15  the time computations required by the Speedy Trial Act due to case complexity and ongoing preparation
16  of counsel.

17  Dated: July 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                        2