1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS FERNANDO VEGA
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )    CASE NO. CR-S-07-165 (LKK)
10                                     )
                  Plaintiff,           )
11                                     )    **ORDER AFTER HEARING**
            v.                         )
12                                     )
                                       )    JUDGE: Lawrence K. Karlton
13 JESUS FERNANDO VEGA                 )
   LUIS MANUEL SANCHEZ-ACEVES          )
14 CRISTOBAL L. NAVARRO                )
   JOSE MEZA PORTILLO                  )
15 DARIUS LOUIS                        )
   DANIEL ROSALES                      )
16                                     )
                                       )
17                Defendants.          )
   _____
18
19         This matter came on for Status Conference on September 9, 2008, in the courtroom of the

20 Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Samuel Wong appeared

21 on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of

   Defendant Jesus Vega, who was not present with a waiver on file, Attorney Danny D. Brace appeared on
22
   behalf of Defendant Luis Sanchez-Aceves, who was present and in custody, and Attorney Dina Santos
23
   appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the
24
   Spanish language interpreter, Attorney Hayes Gable appeared on behalf of Jose Meza Portillo, who was
25
   present and in custody, Attorney Stratton Barbee appeared on behalf of Defendant Darius Louis, who was
26
   present and in custody, and Attorney Philip Cozens appeared on behalf of Daniel Rosales who was
27

28 Order After Hearing

1    present in custody.

2          All parties agreed that defense counsel needs additional time for investigation, review of discovery

3    and to prepare a defense of the case.  The discovery comprises some 2400 pages and includes wiretaps.  A

4    related case is also involved.  All parties agree that the case is complex.

5          A further status conference date of October 21, 2008, is set.

6          Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for

7    the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and  and Local Codes T2 and

8    T4 for case complexity and preparation of counsel, from September 9, 2008, up until and including

9    October 21, 2008.

10         Good cause appearing therefor,

11         IT IS ORDERED that this matter is continued to October 21, 2008, at 9:15 a.m. for Status

12   Conference.

13         IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(ii) and (iv) and Local

14   Codes T2 and T4, the period from September 9, 2008, up to and including October 21, 2008, is excluded

15   from the time computations required by the Speedy Trial Act due to case complexity and ongoing

16   preparation of counsel.

17   Dated:   September 19, 2008

18

19                                                      LAWRENCE K. KARLTON
                                                       SENIOR JUDGE
20                                                     UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Order After Hearing                              2