1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                        NO. CR. S-07-165 LKK
12            Plaintiff,

13        v.                                  O R D E R

14   JESUS FERNANDO VEGA, et al.,

15            Defendants.
     _____/
16

17        The defendant has filed a renewed motion to sever.  The motion

18   presents no new law or facts in support of the motion.

19        Accordingly, the motion is DENIED.

20        IT IS SO ORDERED.

21        DATED: April 13, 2009.

22

23

24   LAWRENCE K. KARLTON
     SENIOR JUDGE
25   UNITED STATES DISTRICT COURT

26

                              1