```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  NO. CR. S-07-165 LKK
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE AND EXCLUDING
13         v.                    )  TIME UNDER THE SPEEDY TRIAL ACT
                                 )
14  JESUS FERNANDO VEGA, et al.,)   Court:  Hon. Lawrence K. Karlton
                                 )  Date:   April 24, 2009
15                               )  Time:   1:30 p.m.
                Defendants.      )
16  _____)
                                 )
17
18       Whereas, there is currently set a status conference on April
19  24, 2009, at 1:30 p.m.; and
20       Whereas, defense counsel will need additional time to review
21  the discovery, conduct legal research, conduct additional factual
22  investigation, and communicate with their respective clients
23  regarding this case,
24       IT IS HEREBY stipulated between plaintiff United States of
25  America, on the one hand, and defendants Jesus Fernando Vega,
26  Luis Manuel Sanchez-Aceves, Cristobal Navarro, Jose Maria Meza
27  Portillo, Darius Louis, and Daniel Rosales, on the other hand, by
28  and through their respective undersigned counsel, that the
                                  1
```

previously set April 24, 2009, at 1:30 p.m., status conference shall be continued to **May 19, 2009, at 9:15 a.m.**

It is further stipulated and agreed between the parties that the time period from the date of this stipulation, April 22, 2009, through and including May 19, 2009, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act on the grounds that the case is so unusual or so complex within the meaning of the Speedy Trial Act due to the large of defendants and large amount of discovery in this case, and for defense preparation as described in this stipulation. All parties stipulate and agree that these are appropriate exclusions of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(ii) and (iv), and Local Codes T2 and T4.

Dated: April 22, 2009              Respectfully submitted,

                                                               /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for defendant
Jesus Fernando Vega
(per email authorization)

                                                               /s/ Danny Brace
DANNY BRACE
Attorney for defendant
Luis Manuel Sanchez-Aceves
(per email authorization)

                                                               /s/ Dina Santos
DINA SANTOS
Attorney for defendant
Cristobal Navarro
(per email authorization)

```
 1
 2                          /s/ Hayes Gable, III
                        HAYES GABLE, III
 3                      Attorney for defendant
                        Jose Maria Meza Portillo
 4                      (per email authorization)

 5

 6                          /s/ Stratton Barbee
                        STRATTON BARBEE
 7                      Attorney for defendant
                        Darius Louis
 8                      (per email authorization)

 9
                            /s/ Philip Cozens
10                      PHILIP COZENS
                        Attorney for defendant
11                      Daniel Rosales
                        (per email authorization)
12

13                      LAWRENCE G. BROWN
                        Acting United States Attorney
14
                        By: /s/Samuel Wong
15                          SAMUEL WONG
                            Assistant U.S. Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28
```

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that: (1) given the large number of defendants and large amount of discovery involved in this case, the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT