```
1  LAWRENCE G. BROWN
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 07-165 LKK |
| Plaintiff, | ) | |
| v. | ) | |
| FERNANDO VEGA, et. al. | ) | STIPULATION AND ORDER |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendants and their counsel, that the status conference currently scheduled for Tuesday, August 11, 2009, should be vacated; and a further status conference should be scheduled for Tuesday, August 25, 2009.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 25, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of

1 counsel and defense preparation; and Local Code T2, Title 18,
2 United States Code, Section 3161 (h)(8)(B)(ii).  The Court
3 specifically finds that the case is complex and that a
4 continuance is necessary to give the defendant reasonable time to
5 prepare for trial in this matter.  The Court finds that the ends
6 of justice served by granting a continuance outweigh the best
7 interest of the public and defendants in a speedy trial.

Dated: July 28, 2009                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

Dated: July 28, 2009                    /s/ Lexi Negin

                                        Lexi Negin
                                        Attorney for Francisco Vega

Dated: July 28, 2009                    /s/ Phil Cozens
                                        Attorney for Daniel Rosales

Dated: July 28, 2009                    /s/ Stratton Barbee

                                        Stratton Barbee
                                        Attorney for Darius Louis

Dated: July 28, 2009                    /s/ Danny D. Brace Jr.

                                        Danny D. Brace Jr.
                                        Attorney for L. Sanchez-Aceves

Dated: July 28, 2009                    /s/ Dina Santos

                                        Dina Santos
                                        Attorney for Cristobal Navarro

Dated: July 28, 2009                    /s/ Hayes H. Gable III

                                        Hayes H. Gable III
                                        Attorney for J. Meza Portillo

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | **ORDER** |
| 4 | **IT IS HEREBY ORDERED**:   That the status conference set for |
| 5 | August 11, 2009 is VACATED; and a further status conference for |
| 6 | August 25, 2009 is scheduled. It is further ORDERED that the time |
| 7 | under the Speedy Trial Act between today's date and August 25, |
| 8 | 2009, is excluded under Local Code T4, Title 18, United States |
| 9 | Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to |
| 10 | adequately prepare and in the interests of justice; and Local |
| 11 | Code T2, Title 18, United States Code, Section 3161 |
| 12 | (h)(8)(B)(ii).  The Court specifically finds that the case is |
| 13 | complex and that a continuance is necessary to give the |
| 14 | defendants reasonable time to prepare for trial in this matter. |
| 15 | The Court finds that the ends of justice served by granting a |
| 16 | continuance outweigh the best interest of the public and |
| 17 | defendants in a speedy trial. |

Dated: July 29, 2009

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT