1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. CR-S-07-165 (LKK) |
| ) | |
| Plaintiff,         ) | |
| ) | **ORDER AFTER HEARING** |
| v.               ) | |
| ) | |
| ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA,             ) | |
| LUIS MANUEL SANCHEZ-ACEVES,      ) | |
| CRISTOBAL L. NAVARRO,            ) | |
| JOSE MEZA PORTILLO,              ) | |
| DARIUS LOUIS, and                ) | |
| DANIEL ROSALES                   ) | |
| ) | |
| )   Defendants.              ) | |
| _____  ) | |

This matter came on for Status Conference on August 25, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Executive Assistant United States Attorney Carolyn K. Delaney appeared on behalf of the United States of America.  Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file; Attorney Danny D. Brace appeared on behalf of Defendant Luis Sanchez-Aceves, who was present and in custody; Attorney Dina Santos appeared on behalf of Cristobal Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter; Attorney Hayes Gable appeared on behalf of Jose Meza Portillo, who was present and in custody; and, Attorney Stratton Scott Barbee appeared on

Order After Hearing

behalf of Defendant Darius Louis, who was present and in custody.

All parties agreed that defense counsel needs additional time for investigation, review of discovery and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A related case is also involved. All parties agree that the case is complex.

A further status conference date of October 14, 2009, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, for case complexity and preparation of counsel, from August 25, 2009, up until and including October 14, 2009.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to October 14, 2009, at 9:15 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, the period from August 25, 2009, up to and including October 14, 2009, is excluded from the time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of counsel.

Dated: August 26, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT