DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | JUDGE: Lawrence K. Karlton |
| JESUS FERNANDO VEGA, ) | |
| LUIS MANUEL SANCHEZ-ACEVES, ) | |
| CRISTOBAL L. NAVARRO, ) | |
| JOSE MEZA PORTILLO, and ) | |
| DARIUS LOUIS ) | |
| Defendants. ) | |
| _____ ) | |

This matter came on for Status Conference on October 14, 2009, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Executive Assistant United States Attorney Carolyn K. Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Jesus Vega, who was not present with a waiver on file; Attorney Hayes Gable appeared for Attorney Danny D. Brace, Jr., on behalf of Defendant Luis Manuel Sanchez-Aceves, who was present and in custody; Attorney Dina Santos appeared on behalf of Defendant Cristobal L. Navarro, who was present and in custody and utilizing the services of the Spanish language interpreter; Attorney Hayes Gable appeared on behalf of Defendant Jose Maria Meza Portillo, who was present and in

Order After Hearing

1  custody; Attorney Hayes Gable appeared for Attorney Stratton Scott Barbee on behalf of Defendant
2  Darius Louis, who was present and in custody.
3       All parties agreed that defense counsel needs additional time for investigation, review of discovery
4  and to prepare a defense of the case. The discovery comprises some 2400 pages and includes wiretaps. A
5  related case is also involved. All parties agree that the case is complex.
6       A further status conference date of December 1, 2009, at 9:15 a.m., is set as to defendants Jesus
7  Fernando Vega and Cristobal Navarro.
8       Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
9  the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, for
10 case complexity and preparation of counsel, from October 14, 2009, up until and including December 1,
11 2009.
12      A further status conference date of November 3, 2009, at 9:15 a.m., is set as to defendants Luis
13 Manuel Sanchez Aceves and Darius Louis.
14      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
15 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv), Local Code T4, for preparation of
16 counsel, from October 14, 2009, up until and including November 3, 2009.
17      A further status conference date of November 24, 2009, at 9:15 a.m., is set as to defendant Jose
18 Maria Meza Portillo.
19      Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for
20 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes T2 and T4, for
21 case complexity and preparation of counsel, from October 14, 2009, up until and including November 24,
22 2009.
23      Good cause appearing therefor,
24      IT IS ORDERED that the matters of Jesus Fernando Vega and Cristobal Navarro are continued to
25 December 1, 2009, at 9:15 a.m., for Further Status Conference.
26      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes
27 T2 and T4, the period from October 14, 2009, up to and including December 1, 2009, is excluded from the
28 time computations required by the Speedy Trial Act due to case complexity and ongoing preparation of

Order After Hearing                                              2

1  counsel.

2      IT IS ORDERED that the matters of Luis Manuel Sanchez-Aceves and Darius Louis are continued
3  to November 3, 2009, at 9:15 a.m., for Further Status Conference.

4      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes
5  T2 and T4, the period from October 14, 2009, up to and including November 3, 2009, is excluded from
6  the time computations required by the Speedy Trial Act due to case complexity and ongoing preparation
7  of counsel.

8      IT IS ORDERED that the matter of Jose Maria Meza Portillo is continued to November 24, 2009,
9  at 9:15 a.m., for Further Status Conference.

10     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) and (iv), Local Codes
11 T2 and T4, the period from October 14, 2009, up to and including November 24, 2009, is excluded from
12 the time computations required by the Speedy Trial Act due to case complexity and ongoing preparation
13 of counsel.

15 Dated: October 23, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT