IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS |
| JESUS FERNANDO VEGA, ) | CONFERENCE AND EXCLUDING TIME |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on November 30, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for December 1, 2009, be continued until **Tuesday, January 5, 2010, at 9:15 a.m.**  The Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November 30, 2009, stipulation, the time under the Speedy Trial Act is excluded from December 1, 2009, through January 5, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: November 30, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1