IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME |
| JESUS FERNANDO VEGA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 29, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for January 5, 2010, be continued until **Wednesday, February 17, 2010, at 9:15 a.m.**  The Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 29, 2009, stipulation, the time under the Speedy Trial Act is excluded from January 5, 2010, through February 17, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 28, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1