DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, CA Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS FERNANDO VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-07-165 (LKK) |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO VACATE STATUS HEARING AND TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS FERNANDO VEGA, | ) |
| Defendant. | ) Judge: Lawrence K. Karlton |

This case is currently scheduled for a status hearing on June 15, 2010. The attorneys for both parties have conferred and agree that the status conference hearing date be vacated and a change of plea hearing date of August 31, 2010, at 9:15 a.m. be set.

This continuance is being requested because the parties are working on a resolution of the case and need more time to revise the plea agreement.

It is further stipulated and agreed between the parties that the period from June 15, 2010, through and including August 31, 2010, should be excluded in computing the time within which trial must commence upder the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

///

///

1

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 10, 2010

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

by: */Lexi Negin for*       */s/ Lexi Negin*
CAROLYN DELANEY      LEXI NEGIN
Executive Assistant U.S. Attorney      Assistant Federal Defender
Attorney for United States      Attorney for Jesus Vega

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-165 (LKK) |
| Plaintiff, | |
| v. | ORDER VACATING STATUS HEARING AND SETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| JESUS FERNANDO VEGA, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on June 10, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for June 15, 2010, be vacated and that the case be set for change of plea hearing on **Tuesday, August 31, 2010, at 9:15 a.m.**  The Court finds that the ends of justice be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 10, 2010 stipulation, the time under the Speedy Trial Act is excluded from June 15, 2010, through August 31, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 10, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT