PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS FERNANDO VEGA, ET AL,<br><br>Defendant. | CASE NO. 2:07-CR-00165 MCE<br><br>[PROPOSED] ORDER AUTHORIZING DESTRUCTION OF T-III ORIGINAL RECORDINGS |

Upon motion of the government, the case having been closed and good cause having been shown, it is hereby ORDERED that the Drug enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

It is so ORDERED

Dated: 11·17·2017

JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

FILED
NOV 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK